In the Matter of IRVING MANDELCORN, Respondent, against HENRY E. BRUCKMAN et al., Constituting the State Liquor Authority, Appellants.

Argued January 5, 1944; decided February 24, 1944.

*Frederick A. Sperling* and *Elvin N. Edwards* for appellants.
*Edward H. Wolkind* for respondent.

Order affirmed, with costs; no opinion.